FOR 1330.13-03
April 21, 2000
Attachment A

# DOCUMENT ~~BP-8 & RESPONSE~~ ~~RMAL~~ RESOLUTION ATTEMPT

Bureau of Pr~~isons~~ ~~Stateme~~nt No. 1330.13, <u>Administrative Remedy Program</u>, (December 22, ~~1995~~) ~~requires, i~~n most cases, that inmates attempt informal resolution o~~f complaints prior t~~o filing a formal written complaint. This form shall be used to document your efforts towards informally resolving your grievance.

Inmate's Name: <u>WOOTEN, Ronald</u>           Date: <u>June 25, 2012</u>

Register Number: <u>13881-074</u>          Unit: <u>Camp Delta</u>

Specific Complaint (include date) and Requested Relief: <u>WORK RELATED</u>

<u>INMATE ACCIDENT COMPENSATION pursuant to P.S. 1600.09 (10/31/2007), Occupational Safety</u>
<u>Environmental Compliance and Fire Protection. On or about 2/17/2011, I injured my right</u>
<u>knee in the course of performing my assigned job duties on the h.v.a.c. crew; supervising</u>
<u>staff reported the injury to health services and I was seen later that same day. I was</u>
<u>eventually seen by an orthopedic specialist who determined the knee must be replaced.</u>
<u>Safety Manager Roy Smith conducted an investigation as set forth in P.S. 1600.09, which</u>
<u>provides for inmate accident compensation of 75% of their normal pay; See also 28 CFR</u>
<u>Part 301. Upon conclusion of the investigation, Roy Smith told me I am entitled to 75%</u>
<u>of my normal pay regarding this injury, but I was reduced from Grade 1 to Grade 4 for</u>
the months of May and June, 2012. REMEDY IS TO PAY ME 75% OF GRADE 1-ACCIDENT COMPENSATION.

**Efforts Made By Inmate to Informally Resolve Grievance (be specific):** <u>I took the attached cop out to Mr. Parsons, my supervisor, asking for the</u>

<u>reason I lost my Grade 1 and went to Grade 4. His reply was "Unable to perform duties</u>

<u>at HVAC." I request 75% of Grade 1 IPP pay for the previous two months as well as the</u>

<u>unknown number of future months until such time as my knee has been replaced and I am</u>

<u>fully capable of performing my job duties again.</u>

Counselor's Comments: <u>Safety is awaiting your "Notice of</u>
<u>Injury" form to be completed by the detail supervisor.</u>
<u>Once compensated, it should reflect the proper</u>
<u>Grade level according to Safety.</u>

_____ 6/26/12         _____ 6/26/12
Correctional Counselor's Review Date    Unit Manger's Review Date

DATE BP-9 was ISSUED_____

# Bureau of Prisons
# Health Services
# Medical Duty Status

Reg #: 13881-074              Inmate Name:   WOOTEN, RONALD D

**Housing Status**
__ confined to the living quarters except __meals  __pill line  __treatments    Exp. Date: _____
__ on complete bed rest:   __bathroom privileges only                            Exp. Date: _____
_X_ cell: __cell on first floor __single cell _X_ lower bunk __airborne infection isolation  Exp. Date: 09/06/2013
__ other: _____              Exp. Date: _____

**Physical Limitation/Restriction**
__ all sports                                                                    Exp. Date: _____
__ weightlifting:  __upper body  __lower body                                    Exp. Date: _____
__ cardiovascular exercise:  __running __jogging __walking __softball            Exp. Date: _____
                __football __basketball __handball __stationary equipment
__ other: _____              Exp. Date: _____

**May have the following equipment in his / her possession:**

| Equipment | Start Date | End Date | Return Date |
|---|---|---|---|
| Medical Shoes size 11.5 | 05/04/2011 | | |
| Wheelchair  wheelchair given until knee evaluated by I A | 02/17/2011 | | |
| Eye Glasses | 10/26/2010 | | |
| Glucose Meter  Instructions on how to use glucometer given. | 08/05/2010 | | |

**Work Restriction / Limitation:**

Cleared for Food Service:  No

| Restriction | Expiration Date |
|---|---|
| No Prolonged Standing | |
| No Climbing | |
| No Work in Direct Sunlight | |
| No Lifting More Than 25 Pounds | |
| Sedentary Work Only | 09/06/2012 |
| No Duty | 07/24/2013 |

**Comments:**   Please allow to elevate right leg with ice pack periodically.

_____**Rios, Misty APRN, CNP**_____          _07/24/2012_
Health Services Staff                                                  Date

Inmate Name:  **WOOTEN, RONALD D**           Reg #:   **13881-074**   Quarters:  **D01**

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                                   **FEDERAL BUREAU OF PRISONS**

| TO: (Name and Title of Staff Member) C. PARSON | DATE: 6/8/12 |
|---|---|
| FROM: ROLAND WOOTEN | REGISTER NO.: 13881-074 |
| WORK ASSIGNMENT: H.V.A.C. Med Unshigged | UNIT: DELTA |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

Reason I host my Grade 1 and weut to Grade 4. Unable to preforme Duties a Hvac

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date 6-8-12 |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

Prison          Reg.#13881-074                    nd



## OUTPATIENT
## RADIOLOGY CLINIC, P.A.

200 SOUTH RHODES, SUITE B
WEST MEMPHIS, ARKANSAS 72301

(870) 735-5555
FAX (870) 735-5660

Patient Name: Ronald Wooten         13881-074
Date of Exam: 9-25-11
Date of Dictation: 9-30-11

### MRI OF THE RIGHT KNEE:
There is a joint effusion present. Extensive degenerative changes are present about the knee with bony contusions of the distal femur and proximal tibia. There are sub-condyle cysts in the proximal tibia. There is a tear of the anterior cruciate ligament, and there are complex tears of both the medial and lateral menisci which communicate with the articular surfaces. There is a loose body present laterally within the joint space.

### IMPRESSION:
1. Extensive arthritic changes are present medially and laterally with sub-condyle cysts in the proximal tibia and bony contusions involving the distal femur and proximal tibia.
2. Torn ACL.
3. Complex tears of both the medial and lateral menisci which appear to be complex.
4. There is a loose body present laterally within the joint space.
5. Joint effusions are present.

E. SCOTT FERGUSON, M.D.
RADIOLOGIST